McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH E. CHISM,

     Plaintiff,

 v.

JO ANNE B. BARNHART,
 Commissioner of
 Social Security,

     Defendant.

CIV-S-04-0335 KJM

STIPULATION AND ORDER
SETTLING ATTORNEY'S FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND EIGHT HUNDRED TWENTY SEVEN AND 00/100 DOLLARS ($2,827.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

1

This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of the TWO THOUSAND EIGHT HUNDRED TWENTY SEVEN AND 00/100 DOLLARS ($2,827.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: May 24, 2005          /s/ James H. Miller
                             JAMES H. MILLER
                             Attorney at Law

                             Attorney for Plaintiff


DATED: May 26, 2005          McGREGOR W. SCOTT
                             United States Attorney


                        By:  /s/ Bobbie J. Montoya
                             BOBBIE J. MONTOYA
                             Assistant U. S. Attorney

                             Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

JEAN M. TURK
Assistant Regional Counsel

Social Security Administration

---

Re: BETH E. CHISM v. JO ANNE B. BARNHART, Civ-s-04-0335 KJM, Stipulation and Order
Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in Civ-S-04-0335 KJM, <u>BETH E. CHISM v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $2,827.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

**DATED: June 1, 2005.**

_____
UNITED STATES MAGISTRATE JUDGE